UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA A. ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-723-B-BN |
| | § | |
| U.S. BANK, N.A. and | § | |
| GUILD MORTGAGE CO., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 4, 2017, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and Defendant U.S. Bank National Association's Motion to Dismiss [Dkt. No. 34] is GRANTED. Plaintiff Barbara Adams's claim against Defendant U.S. Bank National Association for violations of the Property Code is DISMISSED WITH PREJUDICE and her claims against Defendant U.S. Bank National Association for breach of contract, violations of the TDCA, and declaratory and injunctive relief are DISMISSED WITHOUT PREJUDICE with leave to replead those claims within 21 days of the date of this order. If she fails to do so, all of her claims against Defendant U.S. Bank National Association will be dismissed with prejudice without further notice.

SO ORDERED this 3rd day of January, 2018.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE