UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BARBARA A. ADAMS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-723-B-BN |
| | § | |
| U.S. BANK, N.A., ET AL., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 6, 2018, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court GRANTS Defendant Guild Mortgage Company's Second Motion to Dismiss [Dkt. No. 44], and Plaintiff Barbara A. Adams's breach of fiduciary claim against Defendant Guild Mortgage Company is DISMISSED WITH PREJUDICE.

**SO ORDERED** this 10th day of May, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE