UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BARBARA A. ADAMS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-723-B-BN |
| | § | |
| U.S. BANK, N.A., ET AL., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 18, 2018, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court GRANTS Defendant U.S. Bank National Association's Motion to Dismiss [Dkt. No. 55], and Plaintiff Barbara A. Adams's claims against Defendant U.S. Bank National Association for breach of contract, violations of the TDCA, and declaratory and injunctive relief are DISMISSED WITH PREJUDICE.

**SO ORDERED** this 10th day of May, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE